

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-1-2010

# Singer Mgmt Consul Inc v. Milgram

Precedential or Non-Precedential: Precedential

Docket No. 09-2238

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Singer Mgmt Consul Inc v. Milgram" (2010). *2010 Decisions.* Paper 530.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/530

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 09-2238

SINGER MANAGEMENT CONSULTANTS, INC.;
LIVE GOLD OPERATIONS, INC.,

Appellants.

v.

ANNE MILGRAM,
Attorney General of the State of New Jersey

PRESENT:  McKEE, Chief Judge, SLOVITER, SCIRICA, RENDELL, BARRY,
AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN,
GREENAWAY, Jr., VANASKIE and ALDISERT[1] ROTH[2], Circuit Judges

**ORDER**

A majority of the active judges having voted for rehearing *en banc* in the above

captioned case, it is ordered that the petition for rehearing is GRANTED.  The Clerk of

this Court shall list the case for rehearing *en banc* at the convenience of the Court.  The

opinion and judgment entered August 5, 2010, are hereby vacated.

By the Court,

 /s/ Theodore A. McKee

Chief Circuit Judge

Date:        September 1, 2010
tyw/cc:      William L. Charron, Esq.
             Jeffrey A. Kozier, Esq.

---

[1]Will participate as a member of the en banc court pursuant to 3d Cir. I.O.P. 9.6.4.
[2] Will participate as a member of the en banc court pursuant to 3d Cir. I.O.P. 9.6.4.